NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105-1545
Telephone: (415) 977-8985
Facsimile: (415) 744-0134
Email: Michael.Marriott@ssa.gov

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CONTINA LUTRICE SCOTT,

Plaintiff,

v.

ANDFREW SAUL,
Commissioner of Social Security,

Defendant.

Case No. 2:18-cv-08943-SHK

**[~~PROPOSED~~]**
**JUDGMENT**

Having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 7/10/19

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE