UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONTINA LUTRICE SCOTT, | ) | Case No.: 2:18-cv-08943-SHK |
| Plaintiff, | ) ) | ~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | ) ) ) | |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) ) | |
| Defendant | ) ) ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: July 17, 2019

_____
THE HONORABLE SHASHI KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE